```
                          United States Bankruptcy Court
                           Eastern District of California

In re:                                                              Case No. 14-30124-B
STEVEN J. HORNE                                                     Chapter 7
ROSALIND CAROL HORNE
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0972-2          User: admin              Page 1 of 2           Date Rcvd: Jul 15, 2015
                              Form ID: L90             Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2015.
db            +STEVEN J. HORNE,    P. O. Box 195,    Chico, CA 95927-0195
jdb           +ROSALIND CAROL HORNE,    6 Thomas Lane,    Chico, CA 95926-2943
aty           +Frederick H. Schill,    1600 Humboldt Rd #2,    Chico, CA 95928-8100
aty           +Mark Gorton,    555 Capitol Mall Suite 1500,    Sacramento, CA 95814-4603
aty           +Raymond L. Sandelman,    196 Cohasset Road, Suite 225,    Chico, CA 95926-2280
aty           +Thomas G. Mouzes,    555 Capitol Mall Suite 1500,    Sacramento, CA 95814-4603
tr            +John W. Reger,    280 Hemsted #C,    Redding, CA 96002-0934
cr            +Esplanade Enterprises, Inc.,    c/o Raymond L. Sandelman,    196 Cohasset Rd #225,
                Chico, CA 95926-2280
cr            +Joseph Miceli,    c/o Raymond L. Sandelman,    196 Cohasset Rd #225,    Chico, CA 95926-2280
21245077       A T T Mobility,    P O Box 598014,    Orlando FL 32859-8014
21245080       American Express,    P O Box 981535,    El Paso TX 79998-1535
21245079       American Express,    P O Box 981537,    El Paso TX 79998-1537
21340617       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21308291       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21245081      +Anesthosia Associates of Chico,    121 Raley Blvd,    Chico CA 95928-8347
21296444      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
21245082      +Bay Area Credit Service LLC,    P O Box 467600,    Atlanta GA 31146-7600
21245085      +California Water Service Company,    P O Box 940001,    San Jose CA 95194-0002
21245086       Capital One Bank,    P O Box 30281,    Salt Lake City UT 84130-0281
21245087       Capital One Bank,    P O Box 30285,    Salt Lake City UT 84130-0285
21288985       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
21307160       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21288984       Capital One, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
21245088      +Chase Bank USA,    P O Box 15298,    Wilmington DE 19850-5298
21245089       CitiBusines Card,    P O Box 6235,    Sioux Falls SD 57117-6235
21245090      +City of Oroville,    Attn Code Enforcement,    1735 Montgomery Street,    Oroville CA 95965-4897
21245091       Comenity Bank Victorias Secret,    Bankruptcy Dept,    P O Box 182125,    Columbus OH 43218-2125
21245094      +Enloe Medical Center,    1531 Esplanade,    Chico CA 95926-3310
21245095       Esplanade Enterprises Inc,    1355 Eaton Road,    Chico CA 95973-7617
21349119      +Esplande Enterprises, Inc.,    c/o Raymond L. Sandelman,    196 Cohasset Road, Suite 225,
                Chico, CA 95926-2280
21245096       First Tennessee Bank,    P O Box 15003,    Knoxville TN 37901-5003
21245097      +Hall Electrical Inc,    1355 Eaton Road C,    Chico CA 95973-7617
21245099      +Inventory Systems,    17833 NE 9th Street,    Bellevue WA 98008-3412
21245100      +Joseph Miceli,    3105 Calistoga Drive,    Chico CA 95973-0104
21245101      +June Van Gooden,    4246 Durham Pentz Road,    Oroville CA 95965-9167
21245103      +Krista L White Associates PS,    700 Ygnacio Valley Road Ste 360,    Walnut Creek CA 94596-8225
21328019      +Law Offices of Michael T. Shepherd,    1074 East Ave, Ste O,    Chico, CA 95926-1052
21245104      +Les Hait,   Attorney at Law,    762 East Avenue,    Chico CA 95926-1209
21245106      +Michael T Shepherd,    Attorney at Law,    1074 East Avenue Ste O,    Chico CA 95926-1052
21245107       Mnet Financial,    95 Argonaut Ste 250,    Aliso Viejo CA 92656-4142
21245109      +North Valley Dermatology,    251 Cohasset Road Ste 240,    Chico CA 95926-2235
21245110       Ocwen Loan Servicing LLC,    P O Box 24738,    West Palm Beach FL 33416-4738
21245111       Open Systems MRI,    c/o Valley Creditors Svc,    79687 Country Club Dr #202,
                Bermuda Dunes CA 92203-1251
21245112      +PHSI Inc,    950 Corporate Woods Parkway,    Vernon Hills IL 60061-3155
21245114      +Raymond L Sandelman,    Attorney at Law,    196 Cohasset Road Ste 225,    Chico CA 95926-2280
21245115      +Recology Butte Colusa Counties,    P O Box 1512,    Oroville CA 95965-1512
21245116      +Skyway Surgery Center,    121 Raley Blvd,    Chico CA 95928-8347
21245119       Sprint,    P O Box 4191,    P O Box 66510,    Carol Stream IL 60197-4191
21245120      +Stan Gungl,    129 W Shasta Avenue,    Chico CA 95973-0110
21245121       Tri Counties Bank,    780 Mangrove Avenue,    Chico CA 95926-3948
21245122     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  U S Bank,    P O Box 5227,    Cincinnati OH 45201)
21245124      +Wells Fargo Bank,    P O Box 29482,    Phoenix AZ 85038-9482
21245125      +William R Sharrett,    162 Pearson Road,    Paradise CA 95969-5046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21350485       E-mail/Text: bkr@cardworks.com Jul 16 2015 02:17:35      Advanta Bank Corporation,
                c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC  29603-0368
21245078       E-mail/Text: bkr@cardworks.com Jul 16 2015 02:17:35      Advanta Credit Cards,    P O Box 9217,
                Old Bethpage NY 11804-9017
21245083       E-mail/Text: info@buttecountycreditbureau.com Jul 16 2015 02:17:37
                Butte County Credit Bureau,    P O Box 7600,    Chico CA 95927-7600
21245084      +E-mail/Text: taxes@buttecounty.net Jul 16 2015 02:17:47      Butte County Tax Collector,
                25 County Center Drive Ste 125,    Oroville CA 95965-3367
21245092       E-mail/PDF: mrdiscen@discover.com Jul 16 2015 02:20:45      Discover Bank,    P O Box 30943,
                Salt Lake City UT 84130
21282402      +E-mail/PDF: mrdiscen@discover.com Jul 16 2015 02:20:45      Discover Bank,
                DB Servicing Corporation,    POB 3025,    New Albany, OH 43054-3025
21245093       E-mail/Text: itcdbg@edd.ca.gov Jul 16 2015 02:18:18      Employment Development Dept,
                Bankruptcy Special Procedures Group,    P O Box 826880 MIC 92E,    Sacramento CA 94280-0001
```

```
District/off: 0972-2          User: admin              Page 2 of 2             Date Rcvd: Jul 15, 2015
                              Form ID: L90             Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
21245098        E-mail/Text: cio.bncmail@irs.gov Jul 16 2015 02:18:10      Internal Revenue Service,
                  P O Box 7346,   Philadelphia PA 19101-7346
21245102       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 16 2015 02:17:57     Kohls CapOne,
                  P O Box 3115,   Milwaukee WI 53201-3115
21245105       +E-mail/Text: ebn@ltdfin.com Jul 16 2015 02:18:15      LTD Financial Services LP,
                  7322 Southwest Freeway Suite 1600,   Houston TX 77074-2134
21245113        E-mail/Text: bankruptcy@proconsrv.com Jul 16 2015 02:18:22    Pro Consulting Services Inc,
                  P O Box 66510,   Houston TX 77266-6510
21278353        E-mail/Text: bnc-quantum@quantum3group.com Jul 16 2015 02:18:19
                  Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
21245117        E-mail/Text: clientservices@sourcerm.com Jul 16 2015 02:19:08     Source Receivables Management,
                  4615 Dundas Drive Ste 102,   Greensboro NC 27407
21245118        E-mail/Text: bankruptcy@sw-credit.com Jul 16 2015 02:18:27      Southwest Credit Systems LP,
                  4120 International Pkwy Ste 1100,   Carrollton TX 75007-1958
21245123       +E-mail/Text: bnc@ursi.com Jul 16 2015 02:17:52      United Recovery Systems LP,
                  5800 North Course Drive,   Houston TX 77072-1613
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21340618*         American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21245108       ##+North Shore Agency,   P O Box 17211,   Wilmington DE 19850-7211
                                                                                      TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2015 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

FORM L90 Notice of Filing Trustee's Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged, Combined with Order Fixing Deadline for Filing Objections Thereto (v.8.14)

14–30124 – B – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



**NOTICE OF FILING TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED, COMBINED WITH ORDER FIXING DEADLINE FOR FILING OBJECTIONS THERETO**

**Case Number:** 14–30124 – B – 7

Debtor Name(s), Social Security Number(s), and Address(es):

STEVEN J. HORNE
xxx–xx–5056

ROSALIND CAROL HORNE
xxx–xx–0269

P. O. Box 195
Chico, CA 95927

6 Thomas Lane
Chico, CA 95926

**NOTICE IS HEREBY GIVEN THAT** the trustee in the above referenced case has filed a Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged. The Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged is available for inspection at the Office of the Clerk, U.S. Bankruptcy Court, at the address shown above.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT** any person wishing to object to the trustee's Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged must file a written objection within 30 days of the date of this Notice. The objection shall state with particularity the grounds therefor (see NOTE below) and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing date are posted under *Court Calendars* on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served by the objecting party on the trustee, on the trustee's attorney, if any, and unless filed by the U.S. Trustee, on the Office of the U.S. Trustee on or before the date of filing with the Clerk. Proof of service of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within three (3) court days.

If no objections are filed, no hearing will be calendared and the Court will, **without further notice**, enter a final decree closing the case, discharging the trustee, and cancelling the trustee's bond.

Dated:
7/15/15

For the Court,
Wayne Blackwelder , Clerk

**NOTE:** Examples of matters which are appropriate grounds for hearings on objections to the trustee's Final Account and Distribution Report include, but are not limited to, failure by the trustee to collect and reduce to money the property of the estate; failure of the trustee to account for all property received; failure by the trustee to investigate the financial affairs of the debtor; and failure to be paid on a debt owed. Examples of matters which are **not** appropriate for hearings on objections to the trustee's report include general objections to the debtor's discharge; objections to the dischargeability of specific debts; and return of property.